No. 82–250. TRULY *v.* MADISON GENERAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–251. ESTATE OF WRIGHT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–253. PHELPS CEMENT PRODUCTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–258. ARIZONA ET AL. *v.* McGRAW-HILL, INC. C. A. 2d Cir. Certiorari denied.

No. 82–266. MICHELIN TIRE CORP. ET AL. *v.* FALLAW ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–269. POLLARD ET AL. *v.* CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–273. OLD MOUNTAIN PROPERTIES, LTD. *v.* APRIL INVESTMENTS, INC. Sup. Ct. Ala. Certiorari denied.

No. 82–275. MIENER, BY AND THROUGH HER NEXT FRIEND AND PARENT, MIENER *v.* MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–278. JACKSON *v.* WASHINGTON MONTHLY CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–283. ANDREWS ET UX. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.